# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| ALEASHIA CLARKSTON | CIVIL ACTION NO. 22-5108 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOUTHERN FIDELITY INSURANCE CO | MAGISTRATE JUDGE AYO |

## JUDGMENT

Before this Court is a sua sponte report and recommendation issued by Magistrate Judge David J. Ayo in the above-captioned civil matter (Record Document 27). After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's suit is **DISMISSED WITHOUT PREJUDICE** pursuant to LR 41.3 and Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana this 23rd day of May, 2025.

_____
UNITED STATES DISTRCT COURT JUDGE